# EXHIBIT 8

| | |
|---|---|
| **From:** | Jomaire Crawford |
| **To:** | Shireen Barday; Ashley Mullen |
| **Cc:** | Cullerton, Nate; Ted Ovrom; John Ferraro; Melman, Charles M.; AUEkechukwu@wlrk.com |
| **Subject:** | Re: MPT - Cheyne Capital US, L.P. - Subpoena dated April 9, 2024 |
| **Date:** | Friday, May 10, 2024 9:44:13 PM |

Counsel:

We are in receipt of your letter of yesterday, which enclosed responses and objections ("R&Os") to the April 9, 2024 subpoena that our client, Medical Properties Trust, served on Cheyne Capital US, L.P. ("Cheyne US").

Your demand that we respond within 24 hours is unreasonable, particularly where you responded to our subpoena over two weeks past the deadline for Cheyne US's R&Os under the Federal Rules of Civil Procedure.

As you know, the subpoena seeks two categories of documents.  While your letter asserts various objections, it does not dispute that Cheyne US has the requested documents within its possession, custody, or control.

Accordingly, your letter provides no legitimate basis for contesting the subpoena—let alone your insistence that our client withdraw it.  Thus, MPT has no intention of doing so and is fully prepared to defend the subpoena in court.

At this stage, however, the proper course of action is for us to meet and confer, in good faith, in an attempt to resolve any remaining disputes.  To that end, please provide your availability for a call next week.

**Jomaire Crawford** | *Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 23rd Floor
New York, NY 10010
212.849.7581 Direct
212.849.7000 Main Office Number
212.849.7100 FAX
JomaireCrawford@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ashley Mullen <Ashley.Mullen@pallasllp.com>
**Sent:** Thursday, May 9, 2024 1:15 PM
**To:** Jomaire Crawford <jomairecrawford@quinnemanuel.com>
**Cc:** Shireen Barday <Shireen.Barday@pallasllp.com>
**Subject:** Cheyne Capital US, L.P. - Subpoena dated April 9, 2024

**[EXTERNAL EMAIL from ashley.mullen@pallasllp.com]**

Counsel,

Please see attached correspondence.

Best,
Ashley

Ashley Mullen

Associate

PALLAS

T: +1 (212) 970 2327  |  M: +1 (229) 550 0514

E:  ashley.mullen@pallasllp.com

75 Rockefeller Plaza, New York, NY 10019

pallasllp.com  |  LinkedIn

Pallas Partners LLP is a limited liability partnership registered in England with registered number OC437491, and is authorised and regulated by the Solicitors Regulation Authority of England and Wales ("SRA") with SRA number 826251. A list of names of the members is available for inspection at our registered address at 1 King William Street, London, EC4N 7AF. The word "partner" denotes a member of Pallas Partners LLP or an employee or consultant with equivalent standing and qualifications.

Pallas Partners (US) LLP is a limited liability partnership established in Delaware and registered in New York, located at 75 Rockefeller Plaza, New York, NY, 10019. Attorneys practicing law with Pallas Partners (US) LLP are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct.

This email (and any attachments) is confidential and may also be legally privileged and is intended solely for the use of the individual or entity addressed above. If you are not the intended recipient, please immediately notify the sender, then delete it from your system. You should not copy it or use it for any purpose, nor disclose its contents to any other person. Please also note that emails sent or received may be monitored to ensure compliance with the law and with our policies.

Further regulatory information can be found in the Legal Notices which appear on our website at https://www.pallasllp.com/legal.