USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                              :

 CHEYNE CAPITAL US, LLP,                  :

                                              :

                          Movant,     :              24-MC-218 (VEC)

           -against-                  :

                                              :              ORDER

 MEDICAL PROPERTIES TRUST, INC.,    :

                     Respondent.   :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on May 16, 2024, Cheyne Capital US, LLP ("Cheyne") moved to quash Medical Properties Trust, Inc.'s ("MPT") subpoena to produce documents, information, or objects or to permit inspection of premises dated April 9, 2024 (the "Motion"), which requested documents related to ongoing litigation between MPT and third parties in the Northern District of Alabama (the "Underlying Litigation"), *see* Mot., Dkts. 1–4;

     IT IS HEREBY ORDERED that Cheyne must serve a copy of the Motion and supporting documents on MPT by no later than **Friday, May 17, 2024**, and file proof of service via ECF by no later than **Monday, May 20, 2024**.

     IT IS FURTHER ORDERED that MPT must respond to the Motion by no later than **Thursday, June 7, 2024**.  Cheyne may file a reply in support of its Motion by not later than **Thursday, June 14, 2024**.

**SO ORDERED.**

Date:  **May 16, 2024**
       **New York, NY**
                                           **VALERIE CAPRONI**
                                      **United States District Judge**