# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
RICHARD G. MASON
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
TREVOR S. NORWITZ
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER

MARK GORDON
JEANNEMARIE O'BRIEN
WAYNE M. CARLIN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN

OF COUNSEL

ANDREW R. BROWNSTEIN
MICHAEL H. BYOWITZ
KENNETH B. FORREST
BEN M. GERMANA
SELWYN B. GOLDBERG
PETER C. HEIN
JB KELLY
JOSEPH D. LARSON
LAWRENCE S. MAKOW
PHILIP MINDLIN
THEODORE N. MIRVIS
DAVID S. NEILL

ERIC S. ROBINSON
ERIC M. ROSOF
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.*
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
ADAM M. GOGOLAK
ANGELA K. HERRING

MICHAEL W. HOLT
MARK A. KOENIG
CARMEN X.W. LU
J. AUSTIN LYONS
ALICIA C. McCARTHY
JUSTIN R. ORR
NEIL M. SNYDER
JEFFREY A. WATIKER

ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
ALISON Z. PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
JOHN R. SOBOLEWSKI

STEVEN WINTER
EMILY D. JOHNSON
JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
LUMERMANN
CHRISTINA C. MA
NOAH B. YAVITZ
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
LAURA E. GOODMAN
STEVEN R. GREEN
MENG LU

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/10/24_

DIRECT DIAL: (212) 403-1313
DIRECT FAX: (212) 403-2313
E-MAIL: NDCullerton@wlrk.com

June 7, 2024

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:    <u>*Cheyne Capital US, LP* v. *Medical Properties Trust, Inc.*,</u>
<u>1:24-mc-218 (VEC) – Letter Motion to Seal and Redact</u>
<u>Documents</u>

Dear Judge Caproni:

Pursuant to Section 5.B.ii of the Court's Individual Practices, Respondent
Medical Properties Trust, Inc. ("MPT") files this letter motion to seal and redact documents.

In connection with its opposition to Petitioner Cheyne Capital US, LP's motion to
quash, Dkt. 4, MPT will file two documents produced by defendants in the underlying
defamation action pending in the U.S. District Court for the Northern District of Alabama,
captioned *Medical Properties Trust, Inc.* v. *Viceroy Research LLC, et al.*, No. 2:23-cv-00408
(N.D. Ala.).  The subpoena at issue on Cheyne's motion was issued by MPT in connection with

WACHTELL, LIPTON, ROSEN & KATZ

The Honorable Valerie E. Caproni
June 7, 2024
Page 2

the Alabama action.  The two documents—a non-public agreement between Cheyne and Viceroy and an email exchange between Cheyne personnel and one of Viceroy's members—are Exhibits 2 and 4 to the Declaration of Nathaniel Cullerton in support of MPT's opposition to the motion to quash (the "Cullerton Declaration").  MPT's opposition brief will reference these two documents, as will Exhibit 24 to the Cullerton Declaration.

Generally, documents filed in judicial proceedings are afforded a rebuttable presumption of public access.  *See Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  Here, however, Exhibits 2 and 4 have been designated confidential by the Viceroy defendants under the Protective Order governing the Alabama action. *Med. Props. Tr., Inc.* v. *Viceroy Rsch. LLC*, No. 2:23-cv-00408, Dkt. 72 (N.D. Ala. Nov. 16, 2023).  MPT has conferred with counsel for the Viceroy defendants, who authorized MPT to disclose these documents to Cheyne and to this Court for the limited purpose of litigating Cheyne's motion.  The Viceroy defendants have requested, however, that MPT move to file the documents under seal.  Cheyne Capital US, LP has informed MPT that it "takes no position" on the sealing request.

Accordingly, at the request of the Viceroy defendants, MPT respectfully requests that the Court seal Exhibits 2 and 4 to the Cullerton Declaration and permit the redaction of portions of Exhibit 24 and MPT's opposition brief that refer to the non-public contents of Exhibits 2 and 4.

Respectfully submitted,

Nathaniel Cullerton

Application GRANTED.  The need to protect information that has been designated confidential under a protective order in a separate action is a countervailing interest that outweighs the presumption of access to judicial documents set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) and justifies sealing Exhibits 2 and 4 to the Cullerton Declaration and the narrowly tailored redactions in the publicly filed Exhibit 24 and MPT's opposition brief. The unredacted versions of Exhibit 24 and MPT's opposition brief at Dkt. 13 may remain under seal.

SO ORDERED.

6/10/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE