```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEYNE CAPITAL US, LLP,

                Movant,

-against-

MEDICAL PROPERTIES TRUST, INC.,

                Respondent.

24-MC-218 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

    WHEREAS on June 7, 2024, Medical Properties Trust, Inc. ("MPT") moved to seal Exhibits 2 and 4 to the Declaration of Nathaniel Cullerton and to permit the redaction of portions of Exhibit 24 and MPT's opposition brief that refer to the non-public contents of Exhibits 2 and 4, *see* Dkt. 12;

    WHEREAS the Court granted the motion to seal Exhibits 2 and 4 and the targeted redactions to Exhibit 24 and MPT's brief, *see* Dkt. 17; and

    WHEREAS many, if not all, of the redacted facts in MPT's opposition brief, are facts that are publicly available, as they appear unredacted in Cheyne Capital US, LP's memorandum of law in support of its motion to quash, *see* Dkt. 4, and its reply memorandum, *see* Dkt. 18.

    IT IS HEREBY ORDERED that MPT must show cause by July 26, 2024, why, in light of the fact that many if not all of the facts that are redacted in its opposition brief are now publicly available information, the Court should not reconsider its decision to grant MPT's motion to seal and order it to refile those documents without redaction.

**SO ORDERED.**

Date:  July 19, 2024
         New York, NY

                                          **VALERIE CAPRONI**
                                          **United States District Judge**